# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

STACY TUBBS,                                                                                     PETITIONER
ADC#113786

v.                          5:12-cv-00146-JMM-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                      RESPONDENT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## **DISPOSITION**

**I.   BACKGROUND**

In January 2006 a jury convicted Mr. Tubbs of possession of cocaine with intent to deliver[1] and he received a life sentence for being a habitual offender. *Id.* He filed a direct appeal with the Arkansas Supreme Court and his conviction was affirmed. *Id.* at 3. Subsequently, Mr. Tubbs filed a Rule 37 petition, which the circuit court denied. *Id.* Mr. Tubbs appealed and the Arkansas Supreme Court denied his appeal on April 30, 2009. *Id.* On June 23, 2009, Mr. Tubbs filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 with this Court, which was denied on the merits. *Id.* at 4-8. Mr. Tubbs initiated the instant action on April 25, 2012. (Doc. No. 1.)

**II.   DISCUSSION**

After reviewing the record, the Court concludes that the instant Petition is second or successive and must be dismissed. Title 28, United States Code, Section 2244(b)(3) provides:

> Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application.

28 U.S.C. § 2244(b)(3). Mr. Tubbs must first obtain authorization from the United States Court of

---

[1] *Tubbs v. Norris*, 5:09-cv-00183-JMM-JJV.

Appeals for the Eighth Circuit before proceeding with another habeas petition in this Court. Since he has not obtained such authorization, dismissal without prejudice is required.

**IV.   CONCLUSION**

IT IS, THEREFORE, RECOMMENDED that:

1. Respondent's Motion to Dismiss (Doc. No. 6) be GRANTED and the Petition for Writ of Habeas Corpus (Doc. No. 2) be DISMISSED without prejudice.

DATED this 21st day of May, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE