## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

STACY TUBBS,                                                                                          PETITIONER
ADC#113786

v.                                            5:12-cv-00146-JMM-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                                     RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Respondent's Motion to Dismiss (Doc. No. 6) be GRANTED and the Petition for Writ of Habeas Corpus (Doc. No. 2) be DISMISSED without prejudice.

SO ORDERED this 8th day of June, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE