**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

STACY TUBBS,  PETITIONER
ADC#113786

v.  5:12-cv-00146-JMM-JJV

RAY HOBBS, Director,
Arkansas Department of Correction  RESPONDENT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

SO ORDERED this 8th day of June, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE